IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                       No. 3:12-cr-30180-DRH-1

John E. Arnold #09854-025,
    Defendant.

## ORDER

**HERNDON, District Judge:**

    This matter comes before the Court for case management. In accordance with this District's Administrative Order No. 167, the Court referred the above-styled case to the Federal Public Defender ("FPD") (Doc. 35). In April 2016, the FPD's Office entered its appearance for defendant (Doc. 36). Now the Assistant FPD—having determined there is no meritorious basis for obtaining relief defendant seeks—has moved to withdraw his appearance (Doc. 37).

    Pursuant to district-wide procedure, defendant is **ALLOWED** thirty (30) days or until July 1, 2017 to file a response to counsel's motion to withdraw. Defendant's failure to act will be interpreted as implied consent; as failure to respond within the 30-day time period will result in the grant of the motion to withdraw.

    The Court **DIRECTS** the Clerk to provide defendant with a copy of the motion to withdraw as counsel (Doc. 37), and of this order.

    **IT IS SO ORDERED**.

Signed this 30th day of May, 2017.

Digitally signed by Judge David R. Herndon
Date: 2017.05.30 10:55:48 -05'00'

**UNITED STATES DISTRICT JUDGE**